RECEIVED
JAN 05 2015
BY MAIL

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

JOSEPH ANTONIO WEAVER 1040717
(full name)                (Register No.)
   Plaintiff

V.

Thomas J. Frawley, Jenifer Joyce, Jeffery Ernst,
Kyle Chandler, Ronald Vaughn
   Defendants

Case No. _____

Defendants are sued in their:
☐ Individual Capacity
☐ Official Capacity
☒ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff 2727 Highway K Bonne Terre, Missouri 63628

II. Parties to this civil action:
Please give your commitment name and any other name(s) used while incarcerated.

A. Plaintiff JOSEPH A. WEAVER, JOSEPH WEAVER, JOE A. WEAVER, JOE WEAVER (Register No.) 1040717
Address 2727 Highway K Bonne Terre, Missouri 63628 E.R.D.C.C.

B. Defendant THOMAS J. FRANLEY 1114 MEL CARNAHAN COURTHOUSE St. Louis, Mo. 63101 314-622-4367
Is employed as 22nd division Circuit Judge

C. Defendant JENIFER JOYCE 1114 Market St. St. Louis, Mo. 63101 314-622-4941
Is employed as Circuit Attorney

D. Defendant JEFFERY ERNST 1114 Market St. St. Louis, Mo. 63101 314-622-4941
Is employed as assistant Circuit Attorney

E. Defendant KYLE CHANDLER (address unknown) Central Patrol Martin Luther King & Jefferson ave.
Is employed as St. Louis Metropolitan Police Department

F. Defendant RONALD VAUGHN (address unknown) Central Patrol Martin Luther King & Jefferson ave.
Is employed as St. Louis Metropolitan Police Department

III. Do your claims involve medical treatment?  Yes ☐  No ☒
IV. Do you request a jury trial?  Yes ☒  No ☐
V. Do you request money damages?  Yes ☒  No ☐
State the amount claimed. $500,000 / 1,000,000 ☐ ☒  ☒ (actual / punitive)

Pg 1 of 4

VI. Are the wrongs alleged in your complaint countinunig to occur? Yes ☑ No ☐

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? Yes ☑ No ☐

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ☐ No ☑

C. If a grievance was filed, state the date your claims were presented, how they were presented and the result of that procedure. N/A

D. If you have not filed a grievance, state the reasons: The institution told me that I can't file a grievance on the issue.

VII. Previous civil actions.

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ☐ No ☑

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ☐ No ☑

C. If your answer is "yes" to either of the above questions, provide the following information for each case.

(1) Style: ~~JOSEPH A. WEAVER~~ | ~~GEORGE A. LOMBARDI, STEVE LARKINS, STAN PAYNE, LORAS MONTGOMERY~~
    (Plaintiff)         (Defendants)

(2) Date filed: ~~12/31/14~~

(3) Court where filed:

(4) Case Number and citation:

(5) Basic claim made:

(6) Date of disposition:

(7) Disposition:

(8) If resolved, state whether for:
    ☐ No  ☑ Yes
    ☐ No  ☑ Yes
    (punitive) 🖊 🖊 $500,000/1,000,000 (actual/punitive)

IX. Statement of Claim:

A. Because of this false imprisonment, I have been emotionally and mentally broken down. Jenifer Joyce is involved because she issued a warrent for my arrest under false pretense, Jeffrey Ernst is involved because he proceeded against me as if I commited a crime, Thomas J. Frawley is involved because he sentenced me as if I commited a crime. Ronald Vaughn and Kyle Chandler are involved because they entered My home without My consent. Because I've been away from My family, I can't sleep sound at night causing an inbalance in My sleeping pattern, I only eat once a day out of deep depression, I'm not as positive and not happy at all.

B. State briefly your legal theory or cite appropriate authority:

According to America's Contracts, the Constitution's, the People have the right to Life, Liberty, Property and the Persuit of happiness. By Me being imprisoned under cause NO: 1022-CR03084-01, I'm being blocked from My Rights to property, Life, Liberty and the pursuit of happiness.

Police Officers Vaughn and Chandler further violated My 4th Bill of Right Amendment of the right to be secure in My home by walking in uninvited and arresting Me. According to Section 23 of the Missouri Constitution, the local government fail at its Chief design by blocking My pursuit of happiness and the enjoyment of the gains of My own industry. Moreover, under Supreme Court ruling case Sherer v. Cullen 481 F. 945: "For a crime to exist, there must be an injured party (Corpus Delicti).

X. Relief: State exactly what you want the court to do for you.

I want the court to grant Me financial compensation also grant a release for Me immediately.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state that person's name. N/A

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action? Yes ☐ No ☒

P.3

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ☐ / No ☒

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of December 2014.

Signature of Plaintiff